# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G4S SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01210-LJO-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION FOR FAILURE TO COMPLY AND FAILURE TO PROSECUTE<br><br>(ECF Nos. 2, 4, 5) |

On September 3, 2019, Michael Horne ("Plaintiff") filed an unsigned complaint and an application to proceed *in forma pauperis* in this action. The matters were referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 5, 2019, the magistrate judge issued an order striking Plaintiff's unsigned complaint and requiring him to file a signed complaint and a long form application to proceed without prepayment of fees in this action within thirty days. On September 17, 2019, Plaintiff filed a long form application to proceed without prepayment of fees. However, Plaintiff did not file a signed complaint.

On October 11, 2019, findings and recommendations issued recommending dismissing the matter for failure to prosecute and failure to obey a court order and denying Plaintiff's motion to proceed *in forma pauperis* in this action. The findings and recommendations was served on Plaintiff and contained notice that any objections to the findings and recommendations

1

were to be filed within fourteen days from the date of service. The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed October 11, 2019, is ADOPTED IN FULL;
2. Plaintiff's applications to proceed *in forma pauperis* in this action are DENIED;
3. This action is DISMISSED for Plaintiff's failure to comply and failure to prosecute; and
4. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated: **November 27, 2019**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE